UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| V. | ) CAUSE NO. |
| CURTIS PENNINGTON, | ) 1:19-cr-0316 JMS -MJD |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in an Information with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Sexual Exploitation/Attempted Sexual Exploitation of a Child 18 U.S.C. § 2251(a) and (e) | 15-30 years | $250,000 | Life |

Dated: _____

_____
CURTIS PENNINGTON
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana